# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1558. ROGER USSERY v. THE STATE**

On May 24, 2024, Roger Ussery filed a pro se notice of appeal, seeking review of the trial court's April 16, 2024 order denying his motion to withdraw his guilty plea. We lack jurisdiction because the appeal is untimely.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Ussery's notice of appeal, although dated April 30, 2024, was not filed in the trial court until May 24, which is 38 days after entry of the order on appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 24, 2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*